FILED
2012 JUN 14 PM 2: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BANK OF NEW YORK MELLON,            )   No. CV 12-4890 UA (DUTYx)
                                    )
                    Plaintiff,      )   ORDER SUMMARILY REMANDING
                                    )   ACTION TO STATE COURT
            v.                      )
                                    )
ADILIA H. RABANALES,                )
                                    )
                    Defendant.      )
_____)

   The Court will remand this "Verified Complaint for Unlawful Detainer. Action Based on CCP § 1161a. Amount Demanded Does Not Exceed $10,000.00," Case No. 12 C01291, to state court summarily because Defendant removed it improperly.

   On June 4, 2012, Defendant Adilia H. Rabaneles, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

   Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that Defendant does not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162

L. Ed.2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the contrary, the unlawful-detainer complaint recites that the amount in controversy does not exceed $10,000.

Nor does Plaintiff's unlawful detainer action raise any federal legal question. *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, Downey Courthouse, 7500 East Imperial Highway, Downey, California 90242 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: _____June 12, 2012_____

_____
AUDREY B. COLLINS
Chief United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge